UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAWANDEEP KAUR, | No. 5:26-cv-00173-AH-SP |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |
| MARK BOWEN, *et al.*, | |
| Respondents. | |

**IT IS ORDERED THAT** pursuant to 8 U.S.C. § 2241, and as stipulated by the parties, the Petition for Writ of Habeas Corpus in this action shall be granted and that the judgment shall be entered by the Court accordingly at this juncture, without requiring any further proceedings, consistent with the reasons and findings that are already set forth in the Court's order granting Motion for Preliminary Injunction (ECF 12).

Dated:   May 15, 2026

HONORABLE ANNE HWANG
United States District Judge

1