UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

PAWANDEEP KAUR,

Petitioner,

v.

MARK BOWEN, *et al.*,

Respondents.

No. 5:26-cv-00173-AH-SP

**JUDGMENT**

Pursuant to the Order Granting Petition and Entry of Judgment Under 8 U.S.C. § 2241, it is adjudicated that the Petition for Writ of Habeas Corpus is **GRANTED** consistent with the reasons and findings that are already set forth in the Court's Order Granting Motion for Preliminary Injunction (ECF 12).

Dated: MAY 15, 2026

HONORABLE ANNE HWANG
United States District Judge

1